```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                   **Plaintiff,**

    -against-

CRISTIAN VALEZ,

                  **Defendant.**

------------------------------------------------------------- x

20-CR-115 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Bail Hearing is set for **April 8, 2021** at **11:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:      **New York, New York**
               **March 31, 2021**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**