```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/10/22__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

CRISTIAN VALDEZ,

                Defendant.

-------------------------------------------------------------------- x

20-CR-115 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Change of Plea Hearing is set for **February 15, 2022** at **1:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:    New York, New York
           February 10, 2022

                                                _/s/ Andrew L. Carter_
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**